UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HARPER,

    Plaintiff,

v.

ROBERT SPEAKMAN, et al.,

    Defendants.
_____/

Case No. 1:20-cv-249

Hon. Hala Y. Jarbou

## ORDER

On April 2, 2020, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that save Plaintiff's claims against Robert Speakman and Green Cove Springs Marina, this action be dismissed for failure to state a claim on which relief may be granted. (ECF No. 6.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on July 15, 2020.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Holly Speakman, Frederick Longberg, Mary Longberg, Ted McGowen, Clay County Port Inc., Pam Lewis, Donald J. Evers, City of Green Cove Springs, County of Clay, and Zachary Evers are **DISMISSED.**

Dated:   November 5, 2020                      /s/ Hala Y. Jarbou
                                                                    HALA Y. JARBOU
                                                                    UNITED STATES DISTRICT JUDGE